Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER and EUGENE WONG, for themselves and as parents of Student JW, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Defendant. | No. C16-1774 RAJ<br><br>DECLARATION OF CAROLE RUSIMOVIC IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

Carole Rusimovic declares and states as follows:

1. I am over the age of 18 and competent to testify to the matters stated in this declaration. I make this declaration based on my own personal knowledge.

2. I am a Senior Legal Assistant in the General Counsel's Office at Seattle Public Schools (District). The Office of the General Counsel is designated to receive any claim for damages made against the District under Chapter 4.96 RCW. I am the staff member assigned to process claims for damages received by the General Counsel's Office.

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington 98035-0140
(T) 253 852 2345 / (F) 253 859 8037

3. The General Counsel's Office never received a claim for damages under Chapter 4.96 RCW from or on behalf of Plaintiffs Jennifer and Eugene Wong or Student JW, a minor.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT.

Dated this 6th day of July, 2017

*Carole Rusimovic*
Carole Rusimovic

DECLARATION OF CAROLE RUSIMOVIC (C16-1774 RAJ) - 2