Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WASHINGTON DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER and EUGENE WONG, for themselves and as parents of Student JW, a minor,<br><br>                       Plaintiffs,<br><br>vs.<br><br>SEATTLE SCHOOL DISTRICT NO. 1,<br><br>                       Defendants. | No. C16-1774 RAJ<br><br>DECLARATION OF BRIDGET B. SHAW |

I, Bridget Bourgette Shaw, declare as follows:

1. I am the attorney of record for the Plaintiff in the above action

2. I am over the age of 18 and have personal knowledge of the following.

3. Attached hereto as Exhibit A is a true and correct copy of District Counsel's July 11, 2014 email confirming agreement of the District to fund the IEE and confirming the July 11 meeting with the District discussing Plaintiff's issues and claims.

DECLARATION BRIDGET BOURGETTE SHAW

Page 1 of 2

Shaw Law Group, PLLC
323 First Avenue West
Seattle, WA 98119

1       I declare under penalty of perjury under the laws of the state of Washington that
2 the foregoing statement is true and correct.

4     Signed in Seattle Washington on July 24, 2017

5 _____
Bridget Bourgette Shaw
6 WSBA #28850
Attorney for the Plaintiff

DECLARATION BRIDGET BOURGETTE SHAW      Shaw Law Group, PLLC
Page 2 of 2      323 First Avenue West
Seattle, WA 98119

# EXHIBIT A

From: **Curtis M. Leonard** <cleonard@pregodonnell.com>
Date: Fri, Jul 11, 2014 at 2:32 PM
Subject: Wong IEE Request
To: Bridget Bourgette Shaw <bridget@shawlawgrouppllc.com>

Bridget:

Thank you for the meeting today. I found it was productive for my client to sit down and discuss some of the issues.

As a result, the District is agreeing to fund the IEE, as requested by the parent. The district also agrees to using Allison Brooks as the provider. Furthermore, the **District is hereby withdrawing the due process hearing request**. I will send confirmation to Lan Le, with OAH. We will be available to coordinate next steps after we receive the report.

Regards,

Curtis

*Service + Solutions =*
*Success*

Curtis M. Leonard

Associate, Seattle,

| Seattle: | Portland: | Anchorage: |
|---|---|---|
| 901 5th Ave. Ste 3400 | 222 SW Columbia Ste 1575 | 310 "K" St., Ste 200 |
| Seattle, WA 98164 | Portland, OR 97201-6615 | Anchorage, AK 99501 |
| P: (206) 287-1775 | P: (503) 224-3650 | P: (907) 274-1544 |
| F: (206) 287-9113 | F: (503) 224-3649 | F: (907) 276-5291 |

Email: cleonard@pregodonnell.com          Website: www.pregodonnell.com

Confidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.