Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER and EUGENE WONG, for themselves and as parents of Student JW, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Defendant. | No. C16-1774 RAJ<br><br>SECOND DECLARATION OF DAVID HOKIT IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

David Hokit declares and states as follows:

1. **Declarant**. I am the attorney for Seattle Public Schools (District) in the above-captioned matter. I am over the age of 18 and competent to testify to the matters stated in this declaration. I make this second declaration based on my own personal knowledge.

2. **Administrative Claim under the IDEA**. Prior to this suit, Plaintiffs filed a special education due process hearing request against the District on March 2, 2015. The District and Plaintiffs engaged in settlement negotiations in relation to that request in February and March 2016. As part of those negotiations, the District made a settlement proposal that included

SECOND DECLARATION OF
DAVID HOKIT (C16-1774 RAJ) - 1

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington 98035-0140
(T) 253 852 2345 / (F) 253 859 8037

a full release of claims by Plaintiffs. It is standard practice to request a full release of claims in settlement negotiations that include some consideration being provided by the non-releasing party. Those negotiations were unsuccessful and the case proceeded to hearing.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT.

Dated this 27th day of July, 2017.

/s/ David T. Hokit
DAVID HOKIT, WSBA #13512

SECOND DECLARATION OF
DAVID HOKIT (C16-1774 RAJ) - 2

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington 98035-0140
(T) 253 852 2345 / (F) 253 859 8037