Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER and EUGENE WONG, for themselves and as parents of Student JW, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Defendant. | No. C16-1774 RAJ<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED MOTION FOR PARTIAL DISMISSAL |

**ORDER**

This matter having come before the undersigned Judge upon the Stipulation of Plaintiffs and the Defendant, and the Court being fully advised of the Facts herein, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiffs Jennifer and Eugene Wong causes of action or claims for damages resulting from or related to their physical or mental health or any medical or mental health treatment, including but not limited to their claims for emotional distress, generalized anxiety disorder, physical injuries, and treatment costs, are voluntarily dismissed with prejudice; and

ORDER GRANTING STIPULATED MOTION
FOR PARTIAL DISMISSAL (C16-1774 RAJ) - 1

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington 98035-0140
(T) 253 852 2345 / (F) 253 859 8037

IT IS FURTHER ORDERED that Plaintiffs may not present or rely upon any evidence or testimony related to Plaintiffs Jennifer and Eugene Wong's physical or mental health condition or any of their medical or mental health treatment.

DONE IN OPEN COURT the 30th day of August, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Presented by:

| CURRAN LAW FIRM, P.S. | SHAW LAW GROUP, PLLC |
|---|---|
| By: /s/ David T. Hokit<br>David Hokit, WSBA #13512<br>555 West Smith Street<br>P.O. Box 140<br>Kent, WA 98035<br>Telephone: (253) 852-2345<br>dhokit@curranfirm.com<br>Attorneys for Defendant | By: /s/ *Bridget Bourgette Shaw*<br>Bridget Bourgette Shaw, Esq. WSBA 28850<br>323 1st Avenue West<br>Seattle, WA 98119<br>Telephone: (206) 623-1225<br>Facsimile: (206) 284-2245<br>Email: bridget@shawlawgrouppllc.com<br>Attorney for Plaintiffs |

CURRAN LAW FIRM, P.S.

By: /s/ Sam Chalfant
Sam Chalfant, WSBA #46080
555 West Smith Street
P.O. Box 140
Kent, WA 98035
Telephone: (253) 852-2345
schalfant@curranfirm.com
Attorneys for Defendant

ORDER GRANTING STIPULATED MOTION
FOR PARTIAL DISMISSAL (C16-1774 RAJ) - 2

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington 98035-0140
(T) 253 852 2345 / (F) 253 859 8037