Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER AND EUGENE WONG,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Defendant. | No. C16-1774RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

This matter comes before the court on Plaintiffs' Motion for Continuance of Trial Date and Pretrial Dates (Dkt. #24). Having considered the motion and Defendant's opposition, the Court finds good cause to continue the trial date and remaining pretrial deadlines. However, while the Court is sympathetic to Plaintiffs' counsel's personal hardships, the Court finds Plaintiffs' counsel has not acted diligently in this matter and does not find good cause to reinstate deadlines that have already long passed.

///
///
///
///
///

Accordingly, Plaintiffs' Motion for Continuance of Trial Date and Pretrial Dates is GRANTED IN PART and DENIED IN PART. The Court extends the trial date and remaining pretrial deadlines as follows:

| | |
|---|---|
| **BENCH TRIAL DATE** | **OCTOBER 1, 2018** |
| Length of Trial | 7-10 days |
| All motions *in limine* must be filed by and noted on the motion calendar three Fridays thereafter pursuant to LCR7(d)(4) | September 4, 2018 |
| Agreed Pretrial Order due | September 17, 2018 |
| Pretrial conference | To be set by the Court |
| Trial briefs, deposition designations, and trial exhibits due | September 24, 2018 |

DATED this 1st day of February, 2018.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones