HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER AND EUGENE WONG,

  Plaintiffs,

 v.

SEATTLE SCHOOL DISTRICT NO. 1,

  Defendant.

CASE NO. C16-1774 RAJ

ORDER ON PLAINTIFF'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER

  This matter comes before the Court on Plaintiffs' Motion to Quash Subpoena and for Protective Order. Dkt. # 30. Plaintiffs are attempting to quash a subpoena served by the District on a non-party, the Academy for Precision Learning ("APL"), and to obtain a protective order. *Id*. Defendant Seattle School District No. 1's ("District" or "Defendant") opposes the motion. Dkt. # 33. APL has not formally filed an objection.

  The Court held a hearing on Plaintiffs' motion on July 3, 2018. Counsel for both parties and APL attended. For the reasons stated by the Court in this hearing, the Court **GRANTS IN PART AND DENIES IN PART** the motion. Plaintiffs have not shown good cause to quash the subpoena and prohibit the District from obtaining records from APL. The Court accordingly **DENIES** Plaintiffs' Motion to Quash.

However, as explained in the hearing, the Court believes that certain protections, including limiting disclosure of responsive records, are appropriate to protect the privacy of Plaintiffs and others. In the hearing, the Court identified certain conditions that must be included in such a protective order. The parties are thus instructed to file a draft Stipulated Protective Order incorporating this Court's conditions no later than **July 17, 2018**. The Court will only permit discovery of the APL records subject to the conditions identified. All parties are instructed to strictly adhere to this protective order and the conditions identified by this Court.

Dated this 5th day of July, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge