The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JENNIFER AND EUGENE WONG, <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SCHOOL DISTRICT NO. 1, <br><br> Defendant. | NO. C16-1774RAJ <br><br> MINUTE ORDER ADJUSTING TRIAL DATE |

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

To accommodate the Court's schedule, the trial date in this matter is adjusted from October 1, 2018 to October 23, 2018. The pretrial conference hearing date and all remaining pretrial deadlines previously set are unchanged, with the exception of submission of trial exhibits, which shall be delivered to chambers no later than October 18, 2018.

DATED this 13th day of September, 2018.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to the Hon. Richard A. Jones

MINUTE ORDER ADJUSTING TRIAL DATE - 1