Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER and EUGENE WONG, for themselves and as parents of Student JW, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Defendant. | No. C16-1774 RAJ<br><br>STIPULATED MOTION TO CONTINUE DEADLINE FOR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW<br><br><u>NOTE ON MOTION CALENDAR</u>:<br>December 4, 2018 |

Plaintiffs and Defendant, through their undersigned attorneys, move the Court for an order to continue the deadline for filing proposed findings of fact and conclusions of law as follows:

1. The Court's docket entry of October 31, 2018 (Dkt. No. 76) instructed the parties to submit proposed findings of fact and conclusions of law by December 14, 2018.

2. On November 30, 2018, David Hokit, counsel for Defendant, underwent an unexpected surgery and is expected to be on medical leave until the week of December 10, 2018.

STIPULATED MOTION TO CONTINUE
DEADLINE FOR PROPOSED FINDINGS OF
FACT AND CONCLUSIONS OF LAW (C16-1774 RAJ) - 1

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington  98035-0140
(T) 253 852 2345 / (F) 253 859 8037

3. Mr. Hokit notified Plaintiffs' counsel of his surgery and medical leave on November 29, 2018. Counsel for both parties conferred and agree to extend the deadline for submitting proposed findings of fact and conclusions of law one week to December 21, 2018.

4. This Stipulation and request for continuance is made according to LCR 10(g).

5. A proposed Stipulated Order to Continue Deadline for Proposed Findings of Fact and Conclusions of Law accompanies this motion.

Dated this 4th day of December, 2018.

CURRAN LAW FIRM, P.S.

By: /s/ David T. Hokit
David Hokit, WSBA #13512
555 West Smith Street
P.O. Box 140
Kent, WA  98035
Telephone:  (253) 852-2345
dhokit@curranfirm.com
Attorneys for Defendant

CURRAN LAW FIRM, P.S.

By: /s/ Sam Chalfant
Sam Chalfant, WSBA #46080
555 West Smith Street
P.O. Box 140
Kent, WA  98035
Telephone:  (253) 852-2345
schalfant@curranfirm.com
Attorneys for Defendant

SHAW LAW GROUP, PLLC

By: /s/ Bridget Bourgette Shaw
Bridget Bourgette Shaw, WSBA #28850

STIPULATED MOTION TO CONTINUE
DEADLINE FOR PROPOSED FINDINGS OF
FACT AND CONCLUSIONS OF LAW (C16-1774 RAJ) - 2

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington  98035-0140
(T) 253 852 2345 / (F) 253 859 8037

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  

323 1st Avenue West  
Seattle, WA 98119  
Telephone: (206) 623-1225  
Facsimile: (206) 284-2245  
Email:  bridget@shawlawgrouppllc.com  
Attorney for Plaintiffs  

HENRY & DEGRAAFF, PS  

By: /s/ Christine L. Henry  
Christine L. Henry, WSBA #31273  
150 Nickerson St., Suite 311  
Seattle, WA 98109  
Telephone: (206) 330-0595  
Facsimile: (206) 400-7609  
Email:  chenry@hdm-legal.com  
Attorney for Plaintiffs  

STIPULATED MOTION TO CONTINUE  
DEADLINE FOR PROPOSED FINDINGS OF  
FACT AND CONCLUSIONS OF LAW (C16-1774 RAJ) - 3  

**CURRAN** LAW FIRM P.S.  
555 West Smith Street  
Post Office Box 140  
Kent, Washington  98035-0140  
(T) 253 852 2345 / (F) 253 859 8037

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following parties:

Bridget Bourgette Shaw
bridget@shawlawgrouppllc.com
Attorney for Plaintiffs

Christina L. Henry
Henry & Degraaff, PS
chenry@hdm-legal.com
Attorney for Plaintiffs

Dated this 4th day of December, 2018.

                                     CURRAN LAW FIRM, P.S.

                                     By:   /s/ Sam Chalfant
                                     Sam Chalfant, WSBA #46080
                                     555 West Smith Street
                                     P.O. Box 140
                                     Kent, WA  98035
                                     Telephone:  (253) 852-2345
                                     schalfant@curranfirm.com
                                     Attorneys for Defendant

STIPULATED MOTION TO CONTINUE DEADLINE FOR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW (C16-1774 RAJ) - 4

**CURRAN** LAW FIRM P.S.
555 West Smith Street
Post Office Box 140
Kent, Washington  98035-0140
(T) 253 852 2345 / (F) 253 859 8037