Hon. Richard A. Jones

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER AND EUGENE WONG, for themselves and as parents of Student JW, a minor,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT NO. 1,<br><br>Defendant | Case No.: C16-1774-RAJ<br><br>NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPTS OF THE BENCH TRIAL, VOL. 1 - 7 |

Plaintiffs Jennifer and Eugene Wong, for themselves and as parents of JW, a minor, respectfully file this Notice of Intent to Request the Redaction of Transcripts of the Bench Trial, Vol. 1-7 that were filed on December 7, 2018 under Dkt Nos. 80, 81, 82, 83, 84, 85 and 86.

Dated this 11th day of December 2018.

Respectfully submitted,

/s/ Christina L Henry
Christina L Henry, WSBA# 31273
Henry & DeGraaff, PS
150 Nickerson St, Ste 311
Seattle, WA 98109
Telephone: (206) 330-0595
Facsimile: (206) 400-7609
Email: chenry@hdm-legal.com

|     |     |
| --- | --- |
| 1   |     |
| 2   | /s/ Bridget Bourgette Shaw |
| 3   | Bridget Bourgette Shaw, Esq., WSBA 28850 |
|     | Shaw Law Group, PLLC |
| 4   | 323 1st Avenue West |
|     | Seattle, WA 98119 |
| 5   | Telephone: (206) 623-1225 |
|     | Facsimile: (206) 284-2245 |
| 6   | Email: bridget@shawlawgrouppllc.com |

NOTICE OF INTENT TO REQUEST REDACTION
OF TRANSCRIPTS OF THE BENCH TRIAL, VOL.
1 - 7 - 2

Shaw Law Group, PLLC.
323 1st Avenue West
Seattle, WA  98119
206-623-1225  /  206- 284-2245 Fax

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Sam Chalfant
CURRAN LAW FIRM PS
555 w Smith St.
PO Box 140
Kent, WA 98032
email: schalfant@curranfirm.com

David T. Hokit
CURRAN LAW FIRM PS
555 w Smith St.
PO Box 140
Kent, WA 98032
email: dhokit@curranfirm.com

I hereby certify that on December 11, 2018, I mailed the foregoing via first class mail and via email to the following:

Nancy L. Bauer
Federal Official Court Reporter
700 Stewart Street, 17th Floor
Seattle, WA 98101
Nancy_Bauer@wawd.uscourts.gov

Executed this December 11, 2018 in Seattle, WA

    /s/ Christina L Henry
    Christina L Henry